Stella and Frank **PEMPKOWSKI**,
Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued April 29, 1997.
Decided May 20, 1997.

Anthony J. Baratta, Jenkintown, for Stella and Frank Pempkowski.

James T. Moughan, Philadelphia, for State Farm Mutual Automobile Insurance Co.

### ORDER

PER CURIAM:

Order affirmed.

NIGRO, J., did not participate in the consideration or decision of this case.

CAPPY, J., dissents.

**COMMONWEALTH of Pennsylvania,**

v.

**Andrew J. BYRNE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 30, 1997.
Decided May 20, 1997.

Stuart Suss, West Chester, for Commonwealth.

John J. Duffy, for Andrew Byrne.

### ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. Myers*, 530 Pa. 396, 609 A.2d 162 (1992).

CASTILLE and NEWMAN, JJ., dissent.